**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2052**

———————

DARRYL FULTON,

Plaintiff - Appellant,

versus

RODNEY ROSEBROUGH; UNITED PARCEL SERVICE,
INCORPORATED,

Defendants - Appellees,

and

DAVID K. CARMAN; LAURIE KERSAT,

Defendants,

ALFREDA WILLIAMSON,

Respondent.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, Senior
District Judge. (CA-01-373-5-BR(2))

———————

Submitted: February 25, 2004        Decided: March 30, 2004

———————

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Darryl Fulton, Appellant Pro Se. Meredith S. Jeffries, Brian D. Edwards, ALSTON & BIRD, L.L.P., Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Fulton appeals the district court's order dismissing his employment discrimination action. Fulton contends that the district court ignored evidence in awarding summary judgment to the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fulton v. Rosebrough, No. CA-01-373-5-BR(2) (E.D.N.C. Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED